# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00738-CR

**Daniel David Longoria, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### NO. CR-21-0633-C, THE HONORABLE TANNER NEIDHARDT, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due February 20, 2024. After this Court granted a motion requesting an extension of time to file his brief, appellant's brief was due March 21, 2024. On April 19, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by April 29, 2024, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 13, 2024. *See id.* R. 38.8(b)(3).

It is so ordered on May 14, 2024.


Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: May 14, 2024

Do Not Publish